ROBERT A. MACEDONIO. ESQ. (1636)
115 Carleton Ave
Central Islip, NY 11722-3619
(631) 234-7600
Counsel for the plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MATTHEW R. WEASNER,

    Plaintiff,

v.

SUFFOLK COUNTY, NEW YORK, ET AL.

    Defendants.

Case No.: CV 05-5149

MOTION FOR ADMISSION OF WILLIAM M. GUSTAVSON, *PRO HAC VICE*

Now comes Robert A. Macedonio, and pursuant to Local Civil Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York moves for the admission of William M. Gustavson, *pro hac vice*. The reason for this motion is set forth in the accompanying memorandum.

By: _____
Robert A. Macedonio, Esq. (1636)
115 Carleton Ave
Central Islip, NY 11722-3619
(631) 234-7600
Counsel for the plaintiff

## MEMORANDUM

William M. Gustavson is an attorney licensed in the State of Ohio since 1978, and admitted to practice in the United States District Court of the Southern District of Ohio, The United States District Court for the Eastern District of Kentucky, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court. Mr. Gustavson is counsel to Plaintiff and Plaintiff desires the participation of Mr. Gustavson in the preparation and trial of this action.

Attached hereto is a certification from the Supreme Court of Ohio demonstrating that Mr. Gustavson is an attorney in good standing in the State of Ohio.

Therefore, the admission of William M. Gustavson, *pro hac vice*, is requested to assist in the preparation and trial of this case.

By: /s/ Robert A. Macedonio
Robert A. Macedonio, Esq. (1636)
115 Carleton Ave
Central Islip, NY 11722-3619
(631) 234-7600
Counsel for the plaintiff

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

William Michael Gustavson

was admitted to the practice of law in Ohio on November 20, 1978; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of February, 2006.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Manager, Attorney Registration and CLE Section*