UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATTHEW R. WEASNER,

                           Plaintiff,

   -against-

                                    05-CV- 5149 (BMC)

SUFFOLK COUNTY, NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------------X

      A Memorandum and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on April 15, 2008, granting defendants' motions for summary judgment; and dismissing the case; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motions for summary judgment are granted; and that the case is dismissed.


Dated: Brooklyn, New York
       April 15, 2008

                                                 /S/
                                          ROBERT C. HEINEMANN
                                          Clerk of Court

FILED
IN CLERKS OFFICE
U.S. DISTRICT C...  N.Y.
★ APR 1 ...  ★
P.M. ____
TIME A.M.
JUDGMENT
05-CV- 5149 (BMC)